**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Travis O'Neal Bluntson v. The State of Texas

Appellate case number:   01-18-01100-CR

Trial court case number: 2012R-0022

Trial court:             155th District Court of Austin County

      Appellee, the State of Texas, has filed a motion to postpone the submission date for briefs. Appellee's motion is **granted.** This case is hereby set for submission on April 28, 2020.

      It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually


Date:  March 10, 2020